Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff SEAN GORECKI,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SEAN GORECKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COLD STONE CREAMERY, INC.,<br><br>an Arizona Corporation,<br><br>Defendant. | Case No.: CV 16-9455-GW(FFMx)<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 22, 2016<br>Trial Date: None Set |

[PROPOSED] ORDER FOR DISMISSAL

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and without prejudice as to each and all of claims and causes of action brought by Plaintiff Sean Gorecki as alleged and referenced in the above-referenced action.
2. The parties to this Stipulation are to bear all of their respective costs, fees, attorneys' fees, and any and all other associated expenses.

**IT IS SO ORDERED.**

Dated: May 23, 2017

_____
Hon. George H. Wu
United States District Judge